UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEVEN J. WILCOX,

    Plaintiff,

v.

JOSHUA STEPHEN KALCHERT,

    Defendant.
_____/

Case No. 2:20-cv-234

Hon. Hala Y. Jarbou

## ORDER

On March 14, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court award Wilcox $1.5 million in non-economic damages (ECF No. 95). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on March 28, 2022. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 95) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Determination of Money Damages (ECF No. 93) is **GRANTED IN PART and DENIED IN PART**.

A judgment will issue in accordance with this order.

Date: April 18, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE